UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED
AUG 2 8 2013
U. S. DISTRICT COURT
E. DIST. OF MO.
ST. LOUIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | NO. |
| MATTHEW BUCKINGHAM, | ) ) ) | 4:13CR345 HEA |
| Defendant. | ) | |

INFORMATION

COUNT I

The United States Attorney charges that:

Beginning on or about January 1, 2013, and continuing through on or about March 1, 2013, in the Eastern District of Missouri,

**MATTHEW BUCKINGHAM,**

the defendant herein, did falsely and knowingly assume and pretend to be an officer and employee acting under the authority of a department and agency of the United States, that is an agent or employee of the Department of Homeland Security, the Department of Defense, and the United States Coast Guard, and in such assumed and pretended character, with the intent to defraud, did falsely demand and obtain a thing of value, that is he demanded and obtained United States currency from another individual and indicated that the currency would be used to aid wounded veterans.

In violation of Title 18, United States Code, Sections 912 and 2, and punishable under Title 18, United States Code, Section 912.

RICHARD CALLAHAN
United States Attorney

*/s/ Matthew T. Drake*

MATTHEW T. DRAKE, #46499MO
Assistant United States Attorney

UNITED STATES OF AMERICA )
EASTERN DIVISION )
EASTERN DISTRICT OF MISSOURI )

    I, Matthew T. Drake, Assistant United States Attorney for the Eastern District of Missouri, being duly sworn, do say that the foregoing information is true as I verily believe.

                                                                          _____
                                                                          MATTHEW T. DRAKE

Subscribed and sworn to before me this 26th day of August 2013.

                                                                 _____
                                                                  CLERK, U.S. DISTRICT COURT

                                              By: _____
                                                                DEPUTY CLERK